George Dzubak, Appellant, v. West Side Foundry Company, Respondent.— Motion denied.

Cyrus S. Merrill v. United Box Board and Paper Company.— Motion denied.

Thomas J. O'Brien v. Alva Seybolt. Alva Seybolt v. Thomas J. O'Brien. Thomas J. O'Brien v. Alva Seybolt.— Motions denied.

The People of the State of New York ex rel. The Empire State Dairy Company, Relator, v. William Sohmer, as Comptroller of the State of New York, Respondent.— Determination of the Comptroller confirmed, with fifty dollars costs and disbursements. All concurred, except Smith, P. J., and Howard, J., who voted for modification by remitting the tax of three-fourths of a mill upon the new stock declared as dividend.

Wellington S. Weaver and Others, Executors, etc., of William J. Weaver, Deceased, Who Sue Not Only for Themselves but Also for All Other Stockholders of the Hedrick Brewing Company, Similarly Situated, Respondents, v. The Hedrick Brewing Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Armond E. Wheaton, Appellant, v. George Griffin, Respondent. George Griffin, Respondent, v. Armond E. Wheaton, Appellant.— Motions denied.

Amy C. Agnew, as Sole Administratrix, etc., of John Agnew, Deceased, Appellant, v. Massachusetts Mutual Life Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Helena Bathrick, as Administratrix, etc., of Archie Bathrick, Deceased, Respondent, v. Red Hook Light and Power Company and George Leary, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George W. Bush, Respondent, v. New York Cement Gun Company, Appellant.—Judgment and order unanimously affirmed, with costs.

Bartholomay Brewery Company, Respondent, v. Hanna M. Manning, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Lyon, J., dissenting.

Charles Clute, Respondent, v. Frances A. Dickins, Appellant.—Order affirmed, with ten dollars costs and disbursements. All concurred.

Eliza Copeland, as Administratrix, etc., of Cynthia J. Dunn, Deceased, Respondent, v. Arthur T. Dunn, as Sole Administrator, etc., of Sarah J. Newton, Deceased, Appellant.— Motion denied.

William P. Faust, Appellant, v. William Golden, . Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.